UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENJOLI NACOLE BEASLEY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-01103-JDP<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. Nos. 2, 3.) |

Plaintiff Enjoli Nacole Beasley proceeds in this social security appeal represented by counsel. Plaintiff seeks leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. Nos. 2, 3.) Plaintiff has submitted an affidavit and an amended affidavit stating plaintiff's financial circumstances. (Doc. Nos. 2, 3.) The amended affidavit states that each month plaintiff receives Section 8 aid in the amount of $500 and food stamps in the value of $448. (Doc. No. 3, at 2.) The amended affidavit also states that plaintiff has a 2007 Chevy Tahoe, for which a family member makes payments. (*Id*.) Plaintiff has a daughter and a son who depend on plaintiff for support. (*Id*.) Plaintiff's amended affidavit satisfies the requirements under § 1915. (*Id*.) The court will therefore grant plaintiff leave to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security as required. *See* Fed. R. Civ. P. (c)(3). Given plaintiff's financial circumstances, the undersigned will consider an expedited briefing schedule if plaintiff requests one.

**Order**

a. Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

b. The court orders service of process on defendant:

   i. The clerk must issue summons.

   ii. The United States Marshal Service must serve a copy of the complaint, summons, and this order on defendant.

   iii. Plaintiff must assist the marshal upon request.

   iv. The United States will advance all costs of service.

IT IS SO ORDERED.

Dated: __August 20, 2018__  _____
UNITED STATES MAGISTRATE JUDGE