UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENJOLI NACOLE BEASLEY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-01103-JDP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>ECF No. 15 |

Plaintiff Enjoli Nacole Beasley proceeds in this Social Security appeal represented by counsel. Plaintiff moves for a thirty-day extension of time to file his opening brief. ECF No. 15. Defendant does not oppose. The court will grant plaintiff's motion for an extension of time.[1]

**Order**

Plaintiff's motion for an extension of time, ECF No. 15, is granted.

IT IS SO ORDERED.

Dated: _March 14, 2019_ _____
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's counsel apologizes for any inconvenience this extension may cause the court. ECF No. 15 at 1. This is plaintiff's first extension of time, and the court is mindful of the burden on counsel for both sides. No apology is necessary.

1