JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Enjoli Nacole Beasley,<br><br>      Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 1:18-cv-01103-JDP<br><br>STIPULATION AND [PROPOSED] ORDER TO POSTPONE ORAL ARGUMENTS SCHEDULED FOR 6/13/2019 |

    Plaintiff requests that the hearing for oral arguments currently scheduled for 6/13/2019 at 2:00PM be postponed and rescheduled for a later date.

    Plaintiff's counsel makes this request based on good cause. Plaintiff's counsel and his husband have an unexpected medical appointment with a family planning doctor and egg donor at the San Diego Fertility Clinic in San Diego, California. The nature of egg donation makes us subject to our egg donor's biological time frame. We are at the stage of retrieval, as such my presence at the appointment is vital. The Defendant does not object.

    Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 12, 2019        PENA & BROMBERG, ATTORNEYS AT LAW

1

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: \_\_\_\_\_

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: **/s/ Carol S. Clark*
Carol S. Clark
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on 6/12/2019)

**ORDER**

IT IS SO ORDERED.

Dated: June 13, 2019

_____
UNITED STATES MAGISTRATE JUDGE

.

2