UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ENJOLI NACOLE BEASLEY,

          Plaintiff,

    v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

          Defendant.

Case No. 1:18-cv-01103-JDP

ORDER ON SOCIAL SECURITY APPEAL

      This matter is before the court on claimant's request for judicial review of an unfavorable decision of the Acting Commissioner of the Social Security Administration regarding her application for a period of disability.  At a hearing on July 2, 2019, we heard argument from the parties.  We have reviewed the record, administrative transcript, briefs of the parties, and applicable law, and have considered arguments made at the hearing.  For the reasons stated on the record at oral argument and in this order, we vacate the administrative decision of the Acting Commissioner of the Social Security Administration and remand this case for further proceedings before the Administrative Law Judge ("ALJ").

      As explained in more detail at oral argument, we remand because the ALJ did not explain what weight she gave the opinion of Lance Portnoff, Ph.D., or explain why such weight was appropriate.  Dr. Portnoff, a consulting examiner, made many findings about claimant's abilities, including: "The claimant's ability to deal with the stress encountered in a competitive work environment is moderate to markedly impaired due to MDD/PTSD/BIF."  AR 1602.  The ALJ

1

summarized Dr. Portnoff's opinion but never said what she thought of it. In place of an

evaluation of Dr. Portnoff's opinion and a justification therefor, the ALJ stated only:

> While Dr. Portnoff's use of "markedly impaired" as well as "mild"
> and "moderate," "limitations" to define the claimant's functional
> capabilities is somewhat vague and ambiguous, Dr. Bentham
> reviewed . . . this assessment, and found it did not support a
> finding of disability.

AR 29. Notwithstanding the ALJ's description of certain portions of Dr. Portnoff's opinion as

"somewhat vague and ambiguous"—a characterization with which one could certainly take

issue—we are at a loss to determine whether or not the ALJ found Dr. Portnoff's opinion worthy

of reliance. Without any statement of or explanation of the weight the ALJ placed on Dr.

Portnoff's opinion, we cannot do our job as a reviewing court.[1] Here, it appears that the ALJ

abdicated her responsibility to evaluate Dr. Portnoff's opinion and to determine whether it

supported a finding of disability, instead relying on another doctor to make such an evaluation.

This was legal error.

The error is not harmless. Dr. Portnoff's opinion raises questions about claimant's ability

to handle the stress of a competitive work environment. Although the ALJ limited claimant to

"simple, routine tasks" and "occasional interaction with coworkers and the public," these

limitations do not necessarily address the stress-related issues identified by Dr. Portnoff. In the

absence of any explanation from the ALJ, we are unable to say that Dr. Portnoff's opinion is not

in conflict with ALJ's residual functional capacity determination.

The clerk of court is directed to enter judgment in favor of claimant Enjoli Nacole Beasley

and against defendant Nancy A. Berryhill, the Acting Commissioner of Social Security, and to

close this case.

---

[1] If the ALJ intended to credit Dr. Bentham's opinion over that of Dr. Portnoff without any further
explanation, that would appear to conflict with Ninth Circuit precedent, *see Garrison v. Colvin*,
759 F.3d 995, 1012-1014 (9th Cir. 2014).

2

IT IS SO ORDERED.

Dated:    July 2, 2019    

UNITED STATES MAGISTRATE JUDGE

No. 200.